UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *United States of America*, | **NOTICE OF APPEARANCE** |
| Plaintiff | Case No:  0:26-cr-00025-LMP-DLM |
| v. | |
| *Nekima Valdez Levy-Armstrong et al.*, | |
| Defendants | |

The undersigned attorney hereby notifies the Court and counsel that Joshua R. Zuckerman shall appear as counsel of record for Plaintiff United States of America in this case.

Dated: February 2, 2026

*s/ Joshua R. Zuckerman*
Joshua R. Zuckerman (DC 1724555)

Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-3847
Joshua.Zuckerman@usdoj.gov
