# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *United States of America*, | **NOTICE OF APPEARANCE** |
| Plaintiff, | Case No:  0:26-cr-00025-LMP-DLM |
| v. | |
| *Nekima Valdez Levy Armstrong, et al.*, | |
| Defendants. | |

The undersigned attorney hereby notifies the Court and counsel that Robert J. Keenan shall appear as counsel of record for plaintiff United States of America in the above-captioned case.

DATED: February 10, 2026.

*/s/ Robert J. Keenan*
Robert J. Keenan (CA 151094)
Acting Deputy Assistant Attorney General
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC  20530
Telephone:  (202) 305-2566
E-Mail:        Robert.Keenan@usdoj.gov
