UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-cr-25 LMP/DLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEKIMA VALDEZ LEVY-ARMSTRONG ET AL,

    Defendant.

**NOTICE OF APPEARANCE**

Please add the following Assistant United States Attorney(s) to the above-captioned case:

<u>Add AUSA</u>

Flavio De' Abreu

Dated: February 12, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/Flavio De' Abreu*
BY: FLAVIO DE' ABREU
Special Assistant U.S. Attorney