**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | No. 26-cr-25 (LMP/DLM) |
| Plaintiff, | |
| v. | **PRETRIAL SCHEDULING AND CASE MANAGEMENT ORDER IN A CRIMINAL CASE** |
| Nekima Levy Armstrong et al, | |
| Defendants. | |

On March 20, 2026, the Court ordered the parties to meet and confer regarding scheduling, and to submit a joint status report with all parties' positions on a proposed schedule no later than May 11, 2026. (Doc. 411.) Consistent with that Order, the parties submitted a joint status report on May 11, 2026. (Doc. 519.)

As the Court indicated, it anticipated issuing a revised schedule on or about today's date. (Doc. 411.) But that was based on the supposition that the government's disclosures would be completed no later than April 24, 2026. (*Id.*) As explained in a separate Order issued today, the Court has concluded the government did not meet its disclosure deadline, since its disclosures included redactions not authorized by the Court's Amended Protective Order. (Doc. 505.) Thus, the Court has ordered the government to produce its disclosures again in a manner consistent with the Amended Protective Order. Those disclosures are due no later than May 22, 2026.

The parties are therefore directed, again, to meet and confer regarding a proposed schedule moving forward following the government's compliance with today's discovery

order, and to, again, submit a joint status report with all parties' positions on a proposed schedule no later than **May 29, 2026**.

Given the prior status update, the Court provides the parties with the following guidance for their forthcoming scheduling proposals: the Court anticipates issuing a schedule setting dates for any defense pretrial motions, government responses to those motions, and notices of intent to call witnesses. *Accord* D. Minn. L.R. 12.1(c). The Court anticipates holding a hearing on Defendants' motions and further anticipates granting the parties the opportunity to submit post-hearing briefing. The Court does not anticipate permitting pre-hearing reply briefing; any supplemental briefing will occur following the motion hearing. Additionally, the Court does not anticipate setting a schedule that contemplates expert witness disclosures, trial witness lists, or other trial-related matters. Those matters will be properly addressed by the District Judge after pretrial proceedings before the Magistrate Judge have been completed.

**SO ORDERED.**

DATED: May 14, 2026

*s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge

2