**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: SEARCH WARRANTS

Case Nos. 26-mj-205 (JFD)
26-mj-206 (JFD)
26-mj-207 (JFD)
26-mj-208 (JFD)
26-mj-209 (JFD)

**ORDER TO UNSEAL**

On February 24, 2026, the undersigned was presented with five search warrant applications related to *United States v. Armstrong, et al.*, Case No. 26-cr-25 (LMP/DLM), in which the grand jury has alleged that a number of defendants conspired to violate the right to freedom of religious worship of persons attending a religious service at Cities Church in Saint Paul on the morning of Sunday, January 18, 2026. The Court declined to sign the proffered search warrants and issued a written order under seal explaining that declination decision.

The United States then amended the search warrant applications and re-submitted all of them, except 26-mj-209, on March 6, 2026. The Court again declined to sign the search warrants, and again issued a written, under seal order explaining its decision. The Court found that three of the re-submitted warrants were subject to the Privacy Protection Act, 42 U.S.C. § 2000aa, that regulations promulgated by the U.S. Department of Justice appeared to not have been complied with, and that the fourth search warrant application

simply failed to establish probable cause. On March 26, 2026, the United States notified the Court by email that it was withdrawing the search warrant applications.

All of the activity described so far took place in documents that are under seal. On May 1, 2026, the Court entered an Order to Show Cause why the search warrant applications and related documents should not be unsealed, and on May 15, 2026 the government informed the Court that it did not object to unsealing so long as Personally Identifiable Information, or "PII" was first redacted. The Court now orders the Clerk of Court to unseal the following documents[1]:

- The February 24, 2026 original and March 6, 2026 re-submitted search warrant applications in case numbers 26-mj-205, 26-mj-206, and 26-mj-207;

- The Court's Orders of February 25, 2026 and March 6, 2026;

- The Court's Order to Show Cause of May 1, 2026;

- The May 15, 2026 Response of the United States to the Order to Show Cause; and

- This Order.

Separately, the Court will file public, redacted versions of the following documents:

- The February 24, 2026 original and March 6, 2026 re-submitted search warrant applications in case number 26-mj-208 and the original (only) search warrant application in case number 26-mj-209 (which was not re-submitted on March 6, 2026); and

---

[1] The Court does not identify the specific documents by docket number, because those docket numbers are not the same across the five cases involved.

- The March 26, 2026 email from the United States withdrawing the warrant applications.

The United States has taken the opportunity to express its views on some of the issues which this Court, in its March 6, 2026 Order, sought to clarify through adversarial litigation. There was no such litigation because the United States withdrew the search warrant applications. The Court therefore will not express any views on these legal questions, except to note that, adversarial litigation having been foregone, there was no need to further belabor these issues.

**SO ORDERED.**

Date: May 22, 2026

_s/ John F. Docherty_
JOHN F. DOCHERTY
United States Magistrate Judge

3