**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Court File No. 26-25 (LMP/DLM) |
| Plaintiff, | |
| v. | **MOTION FOR EARLY DISCLOSURE OF JENCKS ACT MATERIAL** |
| [8] GEORGIA ELLYSE FORT, | |
| Defendant. | |

Defendant Georgia Ellyse Fort respectfully moves the Court for an order, pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure, requiring the government to disclose all statements and reports within the meaning of the Jencks Act, 18 U.S.C. § 3500, and to so do at least two weeks prior to the commencement of the trial. In support thereof, Fort represents and alleges as follows:

1.      Although the provisions of Section 3500 do not require the government to produce Jencks Act material until after a witness testifies at trial on direct examination, this Court has the inherent power to require the government to produce Jencks Act material prior to trial in further interest of the prompt disposition of the business of the Court and should so do unless the government convinces the Court that there is legitimate governmental interest in not doing so.

2.      The Jencks Act was enacted in 1959 and its effect has been modified by both the enactment of Rules 102 and 403 of the Federal Rules of Evidence and the enactment of the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

3.      Unless this motion is granted, the production of Jencks Act material at trial

1

will necessitate extensive delays to allow the defense counsel an opportunity to review such material prior to cross-examination of government witnesses. Early disclosure of this material also furthers the interests of justice in this case. Moreover, the government cannot point to any valid governmental interest in delaying production of this material.

4.      The Court should therefore exercise its inherent power and require early production of Jencks Act material to facilitate the prompt and orderly presentation of the government's case at trial.

WHEREFORE, Fort respectfully requests that the Court enter an order requiring the government to submit any Jencks Act materials to the defense at least two weeks prior to the testimony of each of its anticipated witnesses.

Dated:  August 6, 2026

Respectfully submitted,

By:  *s/ Matthew S. Ebert*

**BALLARD SPAHR LLP**
Leita Walker
Matthew S. Ebert
Isabella Salomão Nascimento
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3211
walkerl@ballardspahr.com
ebertm@ballardspahr.com
salomaonascimentoi@ballardspahr.com

Seth D. Berlin (*pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1122
berlins@ballardspahr.com

**THE LAW FIRM OF KEVIN C. RIACH, PLLC**
Kevin C. Riach
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Tel: (612) 203-8555
kevin@riachdefense.com

*Counsel for Georgia Ellyse Fort*