**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>[8] GEORGIA ELLYSE FORT,<br><br>        Defendant. | Court File No. 26-25 (LMP/DLM)<br><br>**MOTION FOR DISCOVERY AND INSPECTION** |

Defendant Georgia Ellyse Fort respectfully moves the Court for an order compelling the government to disclose the following:

1.      Any and all written, recorded, or oral statements made by Fort, or copies thereof within the possession, custody, or control of the government, the existence of which is known, or by the exercise of due diligence may or could become known to the government.[1]

2.      The substance of any oral statement by Fort, whether before or after arrest, which the government intends to offer in evidence at trial.

3.      To the extent not already disclosed, a copy of Fort's prior criminal history, known, or which by the exercise of due diligence, may or could become known to the government, including but not limited to:

        a)      Each prior sentence of imprisonment exceeding one year and one

---

[1] Fort expressly reserves the right to move at a later date to suppress such statements, should the government subsequently disclose any.

1

month;

b)    Each prior sentence of imprisonment of at least sixty days;

c)    Information regarding whether Fort is alleged to have committed the instant offenses while under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status;

d)    Information regarding whether Fort is alleged to have committed the instant offenses less than two years after release from imprisonment on the sentence included under a) or b) above.

4.    Permission for Fort to inspect and/or copy books, papers, documents, photographs, tangible objects which are within the possession, custody, or control of the overnment and which are material to the preparation of the defense or are intended for use by the overnment as evidence at the trial, or were obtained from or belonged to Fort.

5.    Permission to inspect and/or copy any results or reports of physical or mental examinations and of scientific tests or experiments, or copies thereof, which are within the possession, custody, or control of the government.

If prior to trial, the government discovers additional evidence or material previously requested or ordered which is subject to discovery or inspection, the government is requested to notify defense counsel as to the existence of the additional material. WHEREFORE, Fort respectfully requests an order to such effect.

Dated:  August 6, 2026

Respectfully submitted,

By: *s/ Matthew S. Ebert*

**BALLARD SPAHR LLP**
Leita Walker
Matthew S. Ebert
Isabella Salomão Nascimento
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3211
walkerl@ballardspahr.com
ebertm@ballardspahr.com
salomaonascimentoi@ballardspahr.com

Seth D. Berlin (*pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1122
berlins@ballardspahr.com

**THE LAW FIRM OF KEVIN C. RIACH, PLLC**
Kevin C. Riach
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Tel: (612) 203-8555
kevin@riachdefense.com

*Counsel for Georgia Ellyse Fort*

3