**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>[8] GEORGIA ELLYSE FORT,<br><br>        Defendant. | Court File No. 26-25 (LMP/DLM)<br><br><br>**MOTION FOR DISCLOSURE OF**<br>**RULE 404(B) EVIDENCE** |

Defendant Georgia Ellyse Fort respectfully moves the Court for an order directing the government to immediately disclose—or alternatively, to disclose not less than 60 days before trial—any "bad act" or "similar course of conduct" evidence it intends to offer at trial pursuant to Federal Rule of Evidence 404 and for it to identify the basis for the evidence's admissibility and the witness through whom such evidence will be presented at trial. This motion is based on the original and superseding indictments, all records, filings, and proceedings herein and in any related actions, and any and all other matters which may be presented prior to or at the time of the hearing on this motion.

1

Dated:  August 6, 2026

Respectfully submitted,

By:  *s/ Matthew S. Ebert*

**BALLARD SPAHR LLP**
Leita Walker
Matthew S. Ebert
Isabella Salomão Nascimento
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3211
walkerl@ballardspahr.com
ebertm@ballardspahr.com
salomaonascimentoi@ballardspahr.com

Seth D. Berlin (*pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1122
berlins@ballardspahr.com

**THE LAW FIRM OF KEVIN C. RIACH, PLLC**
Kevin C. Riach
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Tel: (612) 203-8555
kevin@riachdefense.com

*Counsel for Georgia Ellyse Fort*