**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>[8] GEORGIA ELLYSE FORT,<br><br>        Defendant. | Court File No. 26-25 (LMP/DLM)<br><br><br>**MOTION FOR DISCOVERY OF**<br>**EXPERT UNDER RULE 16(a)(1)(G)** |

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), Defendant Georgia Ellyse Fort hereby moves the Court for the disclosure of expert testimony and for a written summary of all expert testimony 60 days before trial that the government intends to use at trial in the above-entitled case. This summary must describe the witnesses' opinions, the bases and the reasons therefore, and the witnesses' qualifications. This motion is based on the original and superseding indictments, all records, filings, and proceedings herein and in any related actions, and any and all other matters which may be presented prior to or at the time of the hearing of said motion.

1

Dated:  August 6, 2026

Respectfully submitted,

By: *s/ Matthew S. Ebert*

**BALLARD SPAHR LLP**
Leita Walker
Matthew S. Ebert
Isabella Salomão Nascimento
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3211
walkerl@ballardspahr.com
ebertm@ballardspahr.com
salomaonascimentoi@ballardspahr.com

Seth D. Berlin (*pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1122
berlins@ballardspahr.com

**THE LAW FIRM OF KEVIN C. RIACH, PLLC**
Kevin C. Riach
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Tel: (612) 203-8555
kevin@riachdefense.com

*Counsel for Georgia Ellyse Fort*

2