**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

[8] GEORGIA ELLYSE FORT,

      Defendant.

Court File No. 26-25 (LMP/DLM)

**MOTION FOR DISCLOSURE OF**
**POST-CONSPIRACY STATEMENTS**

Defendant Georgia Ellyse Fort respectfully moves the Court, pursuant to Federal Rule of Criminal Procedure 16(c) and the authority of *Bruton v. United States*, 391 U.S. 123 (1968), for an order as follows:

1.      Compelling the government to give notice and disclosure of its intent to use or refer to, and/or introduce into evidence at trial, the statements of any co-defendant or unindicted co-conspirator, together with a designation of which statement or confessions the government plans to so utilize; and

2.      Granting Fort leave to file or supplement motions for severance, suppression, and/or in limine as indicated by the government's response and a review of the relevant *Bruton* materials.

1

Dated:  August 6, 2026

Respectfully submitted,

By:  *s/ Matthew S. Ebert*

**BALLARD SPAHR LLP**
Leita Walker
Matthew S. Ebert
Isabella Salomão Nascimento
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3211
walkerl@ballardspahr.com
ebertm@ballardspahr.com
salomaonascimentoi@ballardspahr.com

Seth D. Berlin (*pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1122
berlins@ballardspahr.com

**THE LAW FIRM OF KEVIN C. RIACH, PLLC**
Kevin C. Riach
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Tel: (612) 203-8555
kevin@riachdefense.com

*Counsel for Georgia Ellyse Fort*