**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Nekima Levy Armstrong, et al.,

Defendants.

No. 26-cr-25 (LMP/DLM)

**ORDER**

---

This matter is before the Court on Motion of The Center for Individual Rights ("CIR") to File Amicus Brief in Support of Defendants' Motion to Dismiss. (Doc. 636.) Having considered the motion, and for good cause shown, the Court **GRANTS IN PART** and **DENIES IN PART** the motion. The amicus brief attached to the motion will be docketed, but CIR will not be permitted to present oral argument.

**SO ORDERED**.

DATED: August 26, 2026

*s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge