# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Interview of T[redacted] K[redacted] and S[redacted] K[redacted]

**REPORTED BY**
D[redacted] C[redacted]
SPECIAL AGENT

**APPROVED BY**
D[redacted] W[redacted]
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
1/21/2026

## SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D[redacted] E[redacted] was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators. DFOD D[redacted] E[redacted] serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts/doxxings. The mob activity was livestreamed via Facebook and the protesters named D[redacted] E[redacted] by name. This organized group planned on being agitators at this church service due to DFOD E[redacted] employment with ICE.

The following report of investigation documents the interview of T[redacted] K[redacted] and S[redacted] K[redacted].



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

The following report of investigation was written by Homeland Security Investigations (HSI) Special Agents (SA) W[redacted] J[redacted] and Federal Bureau of Investigation (FBI) SA G[redacted] P[redacted]

On or about January 19, 2026, Homeland Security Investigations (HSI) Special Agents (SA) W[redacted] J[redacted] and Federal Bureau of Investigation (FBI) SA G[redacted] P[redacted] interviewed T[redacted] K[redacted] and S[redacted] K[redacted] at their residence, [redacted]. This interview is regarding an incident in which protesters gathered in a Christian church to protest the presence of Immigration and Customs Enforcement (ICE) in Minnesota. This incident occurred during morning hours on or about January 18, 2026. The following is a non-verbatim synopsis of the interview and is not a complete transcript. The interview began at approximately 8:58 p.m.

K[redacted] date of birth is [redacted]. K[redacted] has been employed at City's Church in Saint Paul, Minnesota as the Student Ministry and Connections Coordinator. K[redacted] has been employed at the church for approximately 3 years. On January 18, 2026, K[redacted] and his family (his wife & 5-month-old daughter) arrived at the church at approximately 7:50 a.m. K[redacted] was assisting the church in preparing communion and welcoming congregants into the church.

At approximately 10:30 a.m., K[redacted] began welcoming congregants for the second church service. During this time, a couple of individuals whom K[redacted] was unfamiliar with walked past K[redacted] and asked him if he has seen ICE Agents, to which he replied "no". K[redacted] continued seeing individuals that he was unfamiliar with entering the church. K[redacted] greeted these individuals and assisted them in finding seats. K[redacted] also saw an older male with cameras enter, whom K[redacted] also assisted in finding a seat.

Shortly thereafter, K[redacted] saw an individual identified on social media as "Dawoke Farmer" (The Farmer). K[redacted] also saw another unidentified female who appeared to be leading the protesters. During this time, all the unknown individuals who were seated by K[redacted] gathered in the middle of the sanctuary to protest ICE and were shouting "Justice for Renee Good". The Farmer was walking up and down the aisle pointing his phone at the congregants, simultaneously calling the congregants and their children "bigots" and "racists". At this point, K[redacted] stopped The Farmer and told him to stop what he was doing. The Farmer told him, "Touch me again and see what happens". The Farmer also called K[redacted] a "fake Christian", to which K[redacted] replied, "You're not helping".

K[redacted] noted that his freedom to exercise his religious rights were impeded due to the disruptive behaviors of the protesters. K[redacted] witnessed one of the congregants (named B[redacted]) slip and fall on ice while exiting the church. During this incident, K[redacted] wife (S[redacted]



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



K[redacted]) went downstairs in the church to ensure the safety of the children and to reunite the children with their parents. Several protesters followed the congregants when the congregants exited the church. K[redacted] stated that he did not hear the protesters make any threats to him or any of the other congregants, nor did he see the protesters impede the congregants from leaving the church. K[redacted] also stated that the protesters did not inflict any direct physical harm on him or any of the congregants. The interview concluded at approximately 9:23 p.m.

Investigation continues.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.