# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Interview of M[redacted] and A[redacted] K[redacted]

**REPORTED BY**
T[redacted] [redacted]
SPECIAL AGENT

**APPROVED BY**
D[redacted] W[redacted]
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
1/25/2026

## SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D[redacted] E[redacted] was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D[redacted] E[redacted] serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity was livestreamed via Facebook and the protesters named D[redacted] E[redacted] by name. This organized group planned on being agitators at this church service due to DFOD E[redacted] employment with ICE.

This Report of Investigation (ROI) documents the January 19, 2026, interview of M[redacted] K[redacted].



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On January 18, 2026, a large group of protestors interrupted services at Cities Church, 1524 Summit Ave St. Paul, MN 55105. The protestors took control of the service, forcing it to end. An individual by the name of [redacted] [redacted], DOB: [redacted], was identified as a potential victim /witness at the event.

On January 19, 2026, at approximately 1856 hours Homeland Security Investigations (HSI) Special Agent (SA) [redacted] [redacted] and Federal Bureau of Investigation (FBI) SA [redacted] [redacted] attempted to contact [redacted] at phone number [redacted]. [redacted] did not answer the phone call, however Agents left a voicemail for him to call them back.

At approximately 2000 hours, SA [redacted] and SA [redacted] traveled and arrived at a known address where [redacted] potentially lived, [redacted] Agents knocked at the residence and were greeted by an individual named "[redacted] T." Agents identified themselves by showing their badge and credentials and advised [redacted] that they were looking for [redacted] [redacted]. [redacted] advised that [redacted] does not live at that residence and that [redacted] was the landlord. [redacted] advised that he has [redacted] wife's phone number, [redacted] [redacted], [redacted]. [redacted] willingly gave Agents her phone number and Agents departed shortly after.

At approximately 2002 hours, SA [redacted] and SA [redacted] called [redacted] [redacted]. After the third attempt, [redacted] answered and put her husband, [redacted] [redacted], on the phone. Agents advised [redacted] that they were interested in speaking with him about the events that transpired at the church the previous day. After a short conversation, [redacted] advised that he would call Agents back. At approximately 2007 hours [redacted] called Agents back and advised them that he would be at his current address, [redacted] ([redacted] address) at approximately 2115 hours.

At approximately 2120 hours, SA [redacted] and SA [redacted] arrived at [redacted] address. They were greeted by [redacted] and Agents identified themselves by showing him their badge and credentials. [redacted] introduced Agents to his wife, [redacted] [redacted], and took a seat at their dining room table. Agents explained to both individuals that they were there to collect information about the events that transpired at Cities Church on January 18, 2026. Agents advised that they had to record the conversation, to which both individuals gave their consent to record.

Below is a summary of the interview with [redacted] [redacted], [redacted] [redacted], conducted by SA [redacted] [redacted] and SA [redacted] [redacted], which was later turned over to HSI case agent [redacted] [redacted]. This interview commenced at approximately 2124 hours.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



M[redacted] K[redacted] is a Worship Pastor at Cities Church in St. Paul, MN. K[redacted] has been attending Cities Church for approximately eight years. K[redacted] advised that he arrived at the church at approximately 0530 hours on the morning of January 18, 2026. K[redacted] arrived through the backdoor since he has keypad access. K[redacted] assistant, L[redacted], arrived at approximately 0600 hours. K[redacted] advised that they had two services that day (0830 and 1030 hours) and that they had a lot to set up beforehand. When K[redacted] arrived that morning, he advised that he did not observe anybody outside the church or anything unordinary.

During the 0830 service, K[redacted] did not observe anything unordinary inside the church. However, somebody mentioned that they saw somebody outside the church "scoping" it out. K[redacted] did not think anything of it at that time.

When the 1030 service started, K[redacted] advised that he was very surprised with how full the service was. He advised that there were several people present that he did not recognize, but that their church welcomes everybody. K[redacted] advised that even after the first song, he saw several people entering the church. There are several entrances/exits located from the back, both sides and even the backside of the church that people can utilize.

K[redacted] advised he found it odd when he noticed that several people were not singing any of the songs during the service. He advised that he observed nervous energy from several members of the church working the service. When asked what he meant, he advised that the individuals weren't acting like they normally do at other services which made him concerned.

Approximately 30 minutes into the ceremony, K[redacted] walked into a different area of the church and heard a the "Reverend lady" yelling. One of the things he heard her yelling was that their pastor works for "ICE." At that time, K[redacted] walked back over where he saw a large group of people (approximately 40 people) standing in the center of the church in front of the stage spread across yelling. K[redacted] advised that he continually heard the people yelling "Justice for Renee" and "ICE OUT" as well as many other things. At that time, K[redacted] looked for his wife and children (where they always sit) and only saw his daughter. At that time, he ran down and grabbed his daughter and took her in the back and gave her to the head Pastor's wife, M[redacted]. K[redacted] advised that the doors to the daycare were connected to the church, so he made sure that the daycare doors were all secured. K[redacted] then went back out to the church to see how he could assist with the matter.

K[redacted] said when he went back out to where the protest was taking place, he vividly remembers a larger white male (over six feet tall and over 200 LBS), who had a beard, wearing a ski cap. K[redacted] advised that he was holding something in his hand, but was not sure what it was. He thought that it could have been pepper spray and that he was walking back and forth screaming at several members of the church. K[redacted] advised the man was coming within inches of other peoples



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



faces, a lot of whom were women and children who were in tears upset, with spit flying out of his mouth into faces of the members, screaming curse works at them and calling them "NAZIS." K[redacted] also advised that the man was calling them fake Christians and that they were white privileged, while their Somalian brothers were suffering and being sent to concentration camps.

As the protest proceeded toward the back of the church, a church member, T[redacted] K[redacted], attempted to redirect the man away from members of the church. At that time, the man screamed threatening T[redacted], "Touch me again and watch what happens to you!" K[redacted] advised that he and other members were extremely scared and intimidated by this mans actions. K[redacted] advised it was so bad that members were forced to lock arms to make a path for women and children to exit the church for their safety.

When outside, K[redacted] advised the man continued his tirade. K[redacted] advised that the man went up to a van full of children and was screaming obscenities at them as the van was attempting to drive off.

K[redacted] advised that he did not see any of the protestors blocking people's pathway out of the church. K[redacted] advised that due to the amount of people at the protest, the obscenities they were screaming, that they felt threatened and did not feel that they could freely practice their faith.

K[redacted] advised that D[redacted] E[redacted] is a Pastor at the church and works for Immigration and Customs Enforcement (ICE). He was not at the service, however his wife and kids were. K[redacted] advised that several members grabbed his family members and got them out of the church for their safety. While getting them to safety, B[redacted] K[redacted] ended up falling outside and breaking her arm.

K[redacted] advised that one of the members who was working the event is M[redacted] K[redacted], who is a Bloomington Police Officer. He advised that he was very helpful with trying to control the situation.

The interview was concluded at approximately 1024 hours.

Shortly after the interview was concluded, Agents departed the residence.

INVESTIGATION CONTINUES

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-034 | 1/25/2026 |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.