# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Forensic Review of Emmar Monike PINEDA MORENO Cell Phone

**REPORTED BY**
T[redacted]G[redacted]
SPECIAL AGENT

**APPROVED BY**
D[redacted]W[redacted]
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
4/3/2026

## SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D[redacted] E[redacted] was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD David Easterwood serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity was live streamed via Facebook and the protesters named D[redacted] E[redacted] by name. This organized group planned on being agitators at this church service due to DFOD E[redacted]s employment with ICE.

This report of investigation serves to memorialize the phone review / analysis of Emmar Monike PINEDA MORENO's cell phone number [redacted]-2749 (herein SUBJECT NUMBER).



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

This Report of Investigation (ROI) was written by Homeland Security Investigation (HSI) Special Agent (SA) K[redacted] P[redacted], and later turned over to HSI case agent SA T[redacted] [redacted] for submission.

Referring to report of investigations #192, on 02/07/2026, HSI SA T[redacted] [redacted] served a subpoena / summons on T-Mobile, U.S. Inc. requesting subscriber information for SUBJECT NUMBER. On the same date, T-Mobile identified SUBJECT NUMBER to be linked to PINEDA MORENO.

Referring to report of investigations #278, on 02/27/2026, PINEDA MORENO was arrested in North Dakota, and her cellular phone (herein SUBJECT DEVICE) was located and detained.

Referring to report of investigations #302, on 02/27/2026, the SUBJECT DEVICE was sent via FedEx to HSI Saint Paul. On 03/02/2026, HSI Saint Paul was in receipt of the SUBJECT DEVICES.

PINEDA MORENO Cellphone Review:

Referring to report of investigations #343, and field exam report #004, on 03/07/2026 a forensic extraction of the SUBJECT DEVICES was completed based on a federal search warrant.

Between March 20, to March 26, 2026, HSI SA P[redacted] completed a review of the cellphone extraction for one of PINEDA MORENO's SUBJECT DEVICE. SA P[redacted] reviewed cellphone extraction results only for the following SUBJECT DEVICE which has been identified in the extraction report as follows:

Device Phone Name: Em

Device Phone Number: [redacted]2749

Apple ID: monikepineda@[redacted]

DSID: 1313036169

Model: D63AP

Setup Date: 01/23/2026

Below is a summary of relevant findings, it is not meant to represent all the data extracted from the SUBJECT DEVICE. For the full extraction data, reference the Magnet Axiom extraction.



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



**User Accounts:**

PINEDA MORENO had 190 usernames / accounts on this phone. The following are examples of the usernames / accounts:

| Service | Username |
|---|---|
| Messages | monikepineda@[redacted] |
| IDMS | monikepineda@[redacted] |
| Apple ID | monikepineda@[redacted] |
| iCloud | monikepineda@[redacted] |
| Gmail | monikepineda@[redacted] |
| WhatsApp | Emmar Pineda Moreno |
| Western Union | monikepineda@[redacted] |
| Com.google.common.SSO | Spencer Bocanegra |

**Google Searches:**

There were 2 searches "of interest." Search terms were "ICE OUT" and "where did alex preddy die address."

**Web Related:**



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION



There were 3 ChatGPT messages "of interest." The "of interest" messages relate to Department of Homeland Security funding as well as creating a flyer to put on Facebook.

There were 29 Safari History queries flagged for "of interest." The search history related to ICE, Trump, anti-ICE apparel as well constitutional observer training. Of particular interest:

1. On 01/19/2026, a website relating to Cities Church was accessed four times. The search yielded "Center for Baptist Leadership on X: "Shocking footage from Cities Church in Minneapolis this morning (an SBC church) where an anti-ICE mob stormed the service and disrupted their worship, alleging one of the church's lead pastors is an ICE agent."
2. On 01/31/2026, a site titled "Hundreds gather for constitutional observer training had been accessed.
3. On 02/09/2026 there were 2 separate searches titled "baklava vs balaclava," and "baklava vs the mask."

**Communication:**

There were 16 Facebook Messenger chat threads "of interest." These messages discuss an article circulating on Facebook regarding the use of a gun. For instance:

> On 01/10/2026, Spencer BOCANEGRA messaged PINEDA MORENO "This is not okay. The moment that gun goes up, regardless of who it is, should be definite & sure of firing." The following are other messages "of interests:"

| Sender Name | Recipient Name | Date/Time - UTC+00:00 (M/d/yyyy) |
|---|---|---|
| Spencer Bocanegra | Emmar Monike Pineda Moreno | 1/10/2026 8:08:53.333 AM |
| Spencer Bocanegra | Emmar Monike Pineda Moreno | 1/10/2026 8:09:55.953 AM |
| Angie Stoa-Lipp | Emmar Monike Pineda Moreno | 1/10/2026 11:12:56.755 PM |
| Angie Stoa-Lipp | Emmar Monike Pineda Moreno | 1/10/2026 11:20:06.068 PM |
| Emmar Monike Pineda Moreno | Spencer Bocanegra | 1/14/2026 1:18:36.165 AM |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | | |
|---|---|---|
| Emmar Monike Pineda Moreno | Spencer Bocanegra | 1/14/2026 1:34:47.872 AM |
| Emmar Monike Pineda Moreno | Angie Stoa-Lipp | 1/16/2026 9:34:19.595 PM |
| Emmar Monike Pineda Moreno | Spencer Bocanegra | 1/17/2026 6:33:08.884 PM |
| Emmar Monike Pineda Moreno | | 1/17/2026 7:51:03.639 PM |
| Emmar Monike Pineda Moreno | | 1/17/2026 7:55:52.529 PM |
| Spencer Bocanegra | Emmar Monike Pineda Moreno | 1/25/2026 7:03:25.045 AM |
| Spencer Bocanegra | Emmar Monike Pineda Moreno | 1/29/2026 5:20:02.023 AM |
| Spencer Bocanegra | Emmar Monike Pineda Moreno | 1/28/2026 11:22:28.488 AM |
| Tanya Hass | Emmar Monike Pineda Moreno | 1/29/2026 10:52:10.303 PM |
| Emmar Monike Pineda Moreno | Tanya Hass | 1/29/2026 11:20:55.212 PM |
| Emmar Monike Pineda Moreno | Spencer Bocanegra | 2/2/2026 12:10:03.038 PM |

AGENT's NOTE: There were no messages after 01/17/2026 until 01/25/2026.

There were 11 iOS Call Logs "of interest." The following were flagged:

| **Partners** | **Direction** | **Call Status** | **Call Date/Time** | **Call Duration** |
|---|---|---|---|---|
| | | | | |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

| | | | | |
|---|---|---|---|---|
| [redacted]8858 | Outgoing | Answered | 1/18/2026 3:26:25.046 PM | 00:00:02 |
| [redacted]8858 | Outgoing | Answered | 1/18/2026 3:26:37.051 PM | 00:00:26 |
| [redacted]7632 | Outgoing | Answered | 1/19/2026 1:02:33.042 AM | 00:01:58 |
| [redacted]8858 | Outgoing | Answered | 1/19/2026 1:55:31.387 AM | 00:00:15 |
| [redacted]8858 | Incoming | Answered | 1/19/2026 4:38:54.040 PM | 00:00:15 |
| [redacted]8858 | Outgoing | Answered | 1/19/2026 1:55:46.536 AM | 00:01:55 |
| [redacted]9072 | Incoming | Answered | 1/20/2026 1:18:46.035 AM | 00:00:52 |
| [redacted]8858 | Incoming | Answered | 1/20/2026 11:18:04.036 AM | 00:00:25 |
| [redacted]8858 | Outgoing | Answered | 1/20/2026 9:47:44.056 PM | 00:01:11 |
| [redacted]8858 | Outgoing | Answered | 1/21/2026 8:39:56.037 PM | 00:01:03 |
| [redacted]8858 | Outgoing | Answered | 1/21/2026 9:47:22.033 PM | 00:00:34 |

According to SUBJECT DEVICE's record, the above telephone numbers belong to the following:

1. [redacted]-8858 Spencer BOCANEGRA
2. [redacted]-7632 [redacted]
3. [redacted]-9072 [redacted]

AGENT's NOTE: It is believed BOCANEGRA and PINEDA MORENO have a relationship. Additionally, BOCANEGRA was also arrested for the same violations relating to the invasion of Cities Church as PINEDA MORENO.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



There were 80 iOS Message / SMS / MMS communication files "of interest." The following are examples:

On 01/17/2026, 1-[redacted]-9996 (Mama Bear) sent a message to 1-[redacted]-8858 (BOCANEGRA); 1-[redacted]-9072 [redacted] and PINEDA MORENO a message stating "Be careful!!!!"

BOCANEGRA replied all: https://www.facebook.com/share/v/iDbCTkL1d4/?mibextid=wwXIfr

This Facebook posting appears to be outside Whipple Federal building depicting an unknown subject being arrested by federal law enforcement.

On 01/18/2026, BOCANEGRA sent message to Mama Bear, ROBLES, PINEDA MORENO a message stating "Here are some photos from yesterday that I thought were decent enough for me to touch and share. More will be taken today. Today MN has received more federal support on the ground and in the sky."

Following this message, BOCANEGRA proceeded to transmit a total of 12 black and white photographs to Mama Bear, ROBLES and PINEDA MORENO depicting scenes from a protest that appeared to be at the Whipple Federal building as well as a memorial site.

AGENT's NOTE: Based on the conversation, it appears BOCANEGRA was driving around Minneapolis to take pictures of different protests and transmitting them to PINEDA MORENO, ROBLES and Mama Bear.

On 01/19/2026, BOCANEGRA messaged PINEDA MORENO stating "You've might've made a list. "

PINEDA MORENO: "??"

PINEDA MORENO: "lol"

BOCANEGRA: "lol I'm right there talking to you too"

PINEDA MORENO: "Funny"

BOCANEGRA: "lol fbi"

BOCANEGRA further messaged a screen shot of a social media post of Twin Cities Crime that notated, "The Dept. of Justice Civil Rights Division will reportedly investigate this morning's church invasion by protesters in St. Paul, Minnesota and will include the FBI…"

Same date and approximately one hour later:

PINEDA MORENO sent a message to [redacted]-7632 (DADINIRT): "Do I get a family discount if I need to hire you as my defense attorney"



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



DADINIRT: Laughed at "Do I get a family discount if I need to hire you as my defense attorney"

PINEDA MORENO: Forwarded the same BOCANEGRA screen shot of a social media post of Twin Cities Crime notating, "The Dept. of Justice Civil Rights Division will reportedly investigate this morning's church invasion by protesters in St. Paul, Minnesota and will include the FBI…"

PINEDA MORENO: "They are being a little dramatic" followed by an emoji

DADINIRT: "desecrating" "lol snowflakes lol"

PINEDA MORENO: "They are being a little dramatic" followed by an emoji.

Further details relating to the "of interest" files are within the Magnet Axiom extraction.

**Social Networking:**

There were 2 Instagram files "of interest."

**Media:**

There were 724 files "of interest." This includes 7 Live Photos, 681 Pictures and 36 Videos. These flagged files include images and videos of anti-ICE protesters as well as signs. The following are exemplars of images flagged "of interest:"

1. File name: 79029120119_3A98B654F-C050-4ADE-AEA8-FE99DBB89FF.heic was created / last accessed / last modified on 01/16/2026. In this image, there appears to be a male (believed to BOCANEGRA) in a bathroom that took a picture of himself (commonly referred to as a selfie). This male is wearing a black ski mask that only reveals the eyes and mouth. The male is further wearing what appears to be a black hoodie.

AGENT's NOTE:

1. File name: 79029240175_CF7F0E07-DSAEF-4A06-9D07-CB48234C6487.heic was created / last accessed / last modified on 01/16/2006. This image appears to be taken from within a vehicle. The image is of three vehicles leaving a parking lot in a convoy fashion.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



1. IMG-0727.TJM was created / last accessed / last modified on 01/17/2026. This image was taken from within a vehicle. In the image, there is a vehicle driving in front and what appears to be the side of Whipple Federal building.

1. IMG_0761.HEIC was created / last accessed / last modified on 01/18/2026. This image is of a male (believed to BOCANEGRA) sitting in a car, wearing a black full sky mask that only exposes the eyes and mouth, black beanie with the Nike logo as well a black jacket.

AGENT's NOTE: After this image, there were 13 additional images relating to the protests outside the Whipple Federal building. Of notable interest, there were no images on 01/18/2026 relating to the inside of Cities Church.

**Email & Calendar:**

There were 425 files "of interest." This includes 222 Apple Mail and 201 Outlook Emails.

These emails relate to protests, fund raising, as well anti-ICE and anti-Trump.

There were 2 Calendar Events (titled Spencer / Emma's Calendar) that are "of interest:"

1. Stay: Home2 Suites by Hilton Minneapolis Mall of America for 01/17/2026 to 01/18/2026
2. Constitutional Observer Training – Immigrant Defense Network Model for 02/17/2026 to 02/18/2026 at Brewhalla – market / Events / Hotel, 1702 1st Avenue N. Fargo, ND

**Documents, Application Usages:**

There is 1 Apple Note titled "To-Do-List" and was created on 02/06/2026. The following was noted:

Checklist

Intro/Promo reel or photo shoot for Brewhalla

Order Amazon material

Table Cover (theme or unthemed)

Ballons

Table Décor



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



Matching / Color Coordinated clothing to look more professional

Guest / Community F4F (follow for follow) sign up

Guest / Community Email Sign Up (private)

Guest Community Phone # Swap List (private)

Donation Jar (preferably vase shaped) -thin or elongated-

Purpose or Objective Page for Group (the "why" of your demonstration or need to booth)

Anticipating FAQS

1. ARE YOU AGAINST ICE?
2. Why? What about illegals
3. What about them don't you like
4. Do you or will you host protests?
5. Do you take donations?
6. Where do I donate?
7. QR code
8. Donation Jar
9. Wishlist
10. Are you a frequent protestor?
11. What protests have you attended
12. Why do you protest
13. What are you protesting
14. Are you an activist?
15. BLM
16. Antfifa
17. Anti-Ice
18. Anti-Government
19. Civil Rights

On 02/24/2026, there was a $10 (USD) payment to ACTBLUE.

Investigation continues.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.