**Subject:** Activity in Case 0:26-cr-00025-LMP-DLM USA v. Levy Armstrong et al Motion to Suppress
**From:** ecf-notice@mnd.uscourts.gov
**Date:** 9/1/2026, 12:54 AM
**To:** mndecfnotifications@mnd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**U.S. District of Minnesota**

## Notice of Electronic Filing

The following transaction was entered by Kushner, Jordan on 9/1/2026 at 0:54 AM CDT and filed on 9/1/2026

| | |
|---|---|
| **Case Name:** | USA v. Levy Armstrong et al |
| **Case Number:** | 0:26-cr-00025-LMP-DLM |
| **Filer:** | Dft No. 1 - Nekima Levy Armstrong |
| **Document Number:** | 775 |

**Docket Text:**
**MOTION to Suppress *evidence* by Nekima Levy Armstrong. (Attachments: # (1) Exhibit(s) 1, # (2) Exhibit(s) 2) (Kushner, Jordan)**

**0:26-cr-00025-LMP-DLM-1 Notice has been electronically mailed to:**

A. L. Brown a.l.brown@cclawg.com

Aaron J Morrison aaron_morrison@fd.org, sandra_seim@fd.org

Abbe David Lowell alowellpublicoutreach@lowellandassociates.com

Abraham S Kaplan abraham.kaplan@usdoj.gov, caseview.ecf@usdoj.gov, heather.ives@usdoj.gov, usamn.ecfcriminal@usa.doj.gov, usamn.ecfcriminal@usdoj.gov

Amber Sue Johnson amber@defendingyoumn.com