| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br>v.<br><br>**NEKIMA VALDEZ LEVY ARMSTRONG, *et al.*,**<br>Defendants. | Case No. 26-cr-25 (LMP/DLM)<br><br>**NOTICE OF WITHDRAWAL** |

Please remove the following Attorneys in the above-captioned case:

Megan Frederick
Greta A. Gieseke

September 25, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

HARMEET K. DHILLON
Assistant Attorney General

ROBERT J. KEENAN
Acting Dep. Asst. Attorney General

NEVILLE HEDLEY
Acting Senior Litigation Counsel

KELSEY E. MCGEE
Attorney

*/s/ Kelsey E. McGee*
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 251-0053
E-Mail: Kelsey.McGee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA