LOTUS Legal PLLC
HUMAN-CENTERED
DEFENSE AND ADVOCACY

September 29, 2026

**The Honorable Douglas L. Micko**
**U.S. District Court for the District of Minnesota**
**316 N. Robert Street, Courtroom 6B**
**St. Paul, MN 55101**

Re: *United States v. Krista Erin Hogan* (22), Case No. 26-cr-25-LMP/DLM

Dear Judge Micko,

Ms. Krista Erin Hogan(22) respectfully requests leave of Court to be excused from personally appearing for the hearings now scheduled on November 5 and November 10, 2026, due to previously scheduled work commitments that she is unable to move.

Ms. Hogan takes her obligations to this Court seriously and intends to be present for the remaining hearing dates. At the same time, maintaining her employment is particularly important while this case remains pending. This prosecution has imposed significant financial obligations on Ms. Hogan, including the substantial legal expenses associated with defending against federal criminal charges, and she respectfully seeks to avoid unnecessarily jeopardizing or disrupting her employment.

Counsel will, of course, be present on Ms. Hogan's behalf on November 5 and November 10 and prepared to address any matters concerning Ms. Hogan that arise on those dates. This request is limited to excusing Ms. Hogan's personal appearance and does not seek any further continuance or modification of the Court's hearing schedule.

Accordingly, Ms. Hogan respectfully requests permission to be excused from personally appearing on November 5 and November 10, 2026.

Thank you for the Court's consideration.

Respectfully,

*/s/ Caroline H. Brunkow*

Caroline H. Brunkow | She/Her | Lotus Legal PLLC
331 Second Avenue South, Ste. 420 | Minneapolis, MN 55401 | (612) 293-6963