UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-cr-25 (LMP/DLM)

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NEKIMA LEVY ARMSTRONG, et al.,

Defendants.

**DEFENDANTS' JOINDER IN MOTION OF WILLIAM KELLY FOR ORDER TO SHOW CAUSE**

**PLEASE TAKE NOTICE** that Defendant Nekima Levy Armstrong, through undersigned counsel, on her own behalf and on behalf of Co-Defendants who signed onto Defendants' Motion to Dismiss Based on Government Misconduct (Doc. 756), hereby joins in Co-Defendant William Kelly's Motion for Order to Show Cause (Doc. 718). Defendants join the motion in full while particularly noting the additional argument that the government's publishing on the internet photos and commentary of Defendants' arrests violating the Court's sealing orders.

This notice of joinder is submitted pursuant to the Court's order of October 13, 2026 granting permission to join in William Kelly's Motion (Doc. 857). Further the

government stated that it had no objection to a motion for joinder (Doc. 853 at 3).

Dated: October 13, 2026

LAW OFFICE OF JORDAN S. KUSHNER

s/Jordan S. Kushner

Jordan S. Kushner, ID 219307
431 South 7th Street, Suite 2446
Minneapolis, Minnesota 55415
(612) 288-0545
jskushner@gmail.com

*Attorney for Nekima Levy Armstrong* (1)