October 14, 2026

***VIA CM/ECF***

The Honorable Douglas L. Micko
United States Magistrate Judge
United States District Court for the District of Minnesota
316 N. Robert Street, Courtroom 6B
St. Paul, MN 55101
micko_chambers@mnd.uscourts.gov

Re: *United States v. Levy Armstrong et al.*, Case No. 26-cr-25 (LMP/DLM)
Request for November 9, 2026 Hearing Date for Motions of Defendants Don Lemon (4), Jerome Richardson (5), Georgia Fort (8), Michael Beute (12), Shane Bollman (14)

Dear Judge Micko:

Pursuant to the Court's September 24, 2026 Order (ECF 826), Defendants Don Lemon, Jerome Richardson, Georgia Fort, Michael Beute, and Shane Bollman hereby respectfully request that the Court set the hearing on their pending motions, as detailed below, for November 9, 2026. That is the only date that works for all of these Defendants and their respective counsel, and Defendants believe that, given the overlapping arguments raised in their motions, it will be most efficient for them to be heard together.

Counsel for the above-listed Defendants met and conferred by videoconference with counsel for the government on October 13, 2026. The government consents to the request that these Defendants' motions be scheduled together and on November 9, to the extent the Court permits argument.[1]

Accordingly, Defendants Lemon, Richardson, Fort, Beute, and Bollman request the opportunity to be heard on the following motions, in whatever order the Court prefers:

[1] The government contends that a hearing should be granted only for those motions requiring witness testimony, with remaining motions by these Defendants decided on the papers. If the Court hears argument on Defendants' motions, as they request, however, the government intends to appear.

| Motion (ECF) | Defendant | Argument Only or Testimony Required | Anticipated Length of Testimony / Argument |
|---|---|---|---|
| Motion to Dismiss for Violation of First Amendment (ECF 609) | Don Lemon (4) | Argument Only | 20 minutes |
| Motion to Dismiss for Statutory / Constitutional Violations (ECF 610) | Don Lemon (4) | Argument Only | 20 minutes |
| Motion to Dismiss for Vindictive Prosecution (ECF 611) | Don Lemon (4) | Argument Only | 10 minutes |
| Motions to Dismiss for Outrageous Use of 1509 Summonses (ECF 695, 712, 734) | Don Lemon (4) | Argument Only | 10 minutes |
| Motion to Suppress iPhone Search (ECF 554) | Don Lemon (4) | Testimony Required | Testimony: 60 minutes<br><br>Argument: 10 minutes |
| Motion to Dismiss Under First Amendment and Commerce Clause (ECF 650), and Motions to Dismiss at ECF 592, 593, 594, 609, 610, 611 | Jerome Richardson (5) | Argument Only | 20 minutes |
| Motion to Suppress Customs Summonses (ECF 648, 822) | Jerome Richardson (5) | Argument Only | 5 minutes |

| | | | |
|---|---|---|---|
| Joint Motion to Dismiss Count I (ECF 677) | Jerome Richardson (5) | Argument Only | 5 minutes |
| Motion to Suppress Facebook Warrant (ECF 647) | Jerome Richardson (5) | Testimony Required | Testimony: 30 minutes<br><br>Argument: 10 minutes |
| Motion to Dismiss for Failure to State an Offense (ECF 593) | Georgia Fort (8) | Argument Only | 15 minutes |
| Motion to Dismiss Under First Amendment (ECF 592) | Georgia Fort (8) | Argument Only | 25 minutes |
| Motion to Dismiss for Vindictive Prosecution (ECF 594) | Georgia Fort (8) | Argument Only | 20 minutes |
| Motion to Dismiss for Failure to State an Offense (ECF 721) | Michael Beute (12) | Argument Only | 10 minutes |
| Motion to Dismiss Superseding Indictment (ECF 706) | Shane Bollman (14) | Argument Only | 20 minutes |
| Motion to Suppress Search Warrant and for Franks Hearing (ECF 713) | Shane Bollman (14) | Testimony Required | Testimony: 30 minutes<br><br>Argument: 10 minutes |

For all other motions, Defendants Lemon, Richardson, Fort, Beute, and Bollman will rest on their papers or cede argument to counsel for those defendants whose motions they joined. The government took no position on Defendants' proposal, except as noted above.

We greatly appreciate the Court's time and consideration.

Respectfully submitted,

*/s/ Joseph H. Thompson*
Joseph H. Thompson
Thompson Jacobs PLLC
222 N. Second Street, Suite 220
Minneapolis, Minnesota 55401
(612) 258-3247

*Counsel for Don Renaldo Lemon (4)*

*/s/ Barry H. Berke*

Barry H. Berke (admitted *pro hac vice*)
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000

*Counsel for Jerome Deangelo Richardson (5)*

*/s/ Matthew S. Ebert*
Matthew S. Ebert
Ballard Spahr LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211

*Counsel for Georgia Ellyse Fort (8)*

*/s/ William R. Dooling*
William R. Dooling
Mauzy Law Office, P.A.
650 Third Avenue South
Suite 260
Minneapolis, MN 55402
(612) 340-9108

*Counsel for Michael Walker Beute (12)*

*/s/ Andrew M. Irlbeck*
Andrew M. Irlbeck
First National Bank Building
332 Minnesota St., Suite W1610
Saint Paul, MN 55101
(612) 986-3895

*Counsel for Shane Ryan Bollman (14)*