**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
**Criminal No.: 26-CR-25 (37) (LMP/DLM)**

---

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT WIEDEMAN TUGGLE'S EXHIBIT LIST FOF MOTION HEARING** |
| | ) | |
| Lee Elizabeth Wiedeman Tuggle, | ) | |
| | ) | |
| Defendant. | ) | |

---

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Douglas L. Micko | Neville S. Hedley | James M. Ventura |
| HEARING DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| November 5, 2026 | | |

| NO. | NAME, ORGANIZATION |
|---|---|
| 1 | Homeland Security Investigations Report dated January 18, 2026: Federal Arrest of Ezra Chaim Pye Blumenfeld and Lee Elizabeth Wiedeman Tuggle Report (Bate Stamp 1124-1126). |
| 2 | Supplemental Report for Federal Arrest of Blumenfeld and Tuggle Report dated January 18, 2026 (Bate Stamp 1258-1259). |
| 3 | Application for Search Warrant by Homeland Security Investigations Special Agent, Timothy Gerber dated March 6, 2026 (Bate Stamp 10404-10430). |
| 4 | Identification and Review of Lee Elizabeth Wiedeman Tuggle Report by Special Agent Timothy Gerber dated January 18, 2026 (Bate Stamp 560-561). |
| 5 | Homeland Security Investigations Special Agent, David Hudgens' Application for Search Warrant dated April 17, 2026 (Bate Stamp 10998-11018). |

Defendant Wiedeman Tuggle reserves the right to submit into evidence any or all of the items listed on the Government's Exhibit List.

Dated: October 16, 2026

Respectfully submitted,

/s/ James M. Ventura
James M. Ventura (#147217)
1000 Twelve Oaks Center Drive, Suite 100
Wayzata, MN 55391
Telephone: (952) 473-8064
Facsimile: (952) 475-7042
jventura@jamesventuralaw.com
*Attorney for Defendant Wiedeman Tuggle*