**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br>v.<br><br>**NEKIMA Valdez LEVY ARMSTRONG, *et al.*,**<br><br>Defendants. | Case No. 26-cr-25 (LMP/DLM)<br><br>**UNITED STATES' AMENDED SUPPLEMENTAL LIST OF POTENTIAL WITNESSES FOR PRETRIAL MOTIONS HEARINGS** |

Pursuant to this Court's scheduling order, (Doc. 826), the Government presents these additional potential witnesses amending the previous supplementation (Doc. 915), to its original potential identified witnesses, Doc. 907. These witnesses are named but their presence is contingent on availability and the Court's decision regarding the necessity for a hearing on the noted matters.

| Defendant | Motion | Potential Witness |
|---|---|---|
| Cullars-Doty | 699 | SA Kim, HSI |
| Armstrong | 775 | SA Lelecas, HSI; ASAC T. Price HSI |
| Allen | 738 | SA Lelecas, HSI; ASAC T. Price HSI |

DATED: October 23, 2026.

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

HARMEET K. DHILLON
Assistant Attorney General

ROBERT J. KEENAN
Acting Dep. Asst. Attorney General

*/s/ Kelsey E. McGee*
Kelsey E. McGee
Trial Attorney
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 251-0053
E-Mail: Kelsey.mcgee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA