**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Nekima Levy Armstrong et al,<br><br>Defendants. | **COURT MINUTES**<br>BEFORE: DOUGLAS L. MICKO<br>U.S. MAGISTRATE JUDGE<br><br>Case No: 26-cr-25 (LMP/DLM)<br>Date: November 9, 2026<br>Location: Devitt Courtroom<br>Court Reporter: Lynne Krenz<br>Time Commenced: 9:04-10:11 a.m./<br>10:29-11:49 a.m./1:00-2:54 p.m./<br>3:10-3:55 p.m.<br>Time in Court: 5 hours 6 minutes |

---

**CRIMINAL PRETRIAL MOTIONS HEARING: DAY THREE**

**APPEARANCES:**

For the government: Robert Keenan, Neville Hedley, Lynae Tucker, John Arboleda, Katie Neff, Kelsey McGee, and Flavio DeAbreu, Lynae Tucker

For Nekima Levy Armstrong (1): Jordan Kushner
For William Kelly (3): Aaron Morrison
For Don Lemon (4): Abbe Lowell, David Kolansky, Isabella Oishi, Joe Thompson
For Jerome Richardson (5): Barry Berke, KatieLynn Townsend, Shaun Mathur
For Trahern Crews (7): Robert Richman
For Georgia Fort (8): Isabella Nasciemento, Kevin Riach, Leita Walker, Matt Ebert
For Aziza Aboud (10): Kenneth Udoibok
For Michael Beute (12): William Dooling, William Mauzy
For Shane Bollman (14): Andrew Irlbeck
For Kelly Carey (15): Patrick Leach
For Monique Cullars-Doty (16): Bruce Nestor
For Rachel Goligoski (19): Melinda Power
For Ariel Hauptman (21): Cailtlinrose Fisher
For Krista Hogan (22): Caroline Brunkow
For Catie Michaelson (25): Karen Mohrlant
For David Okar (27): Robert Lengeling
For Jarmel Perry (28): Thomas Shiah

For Cheryl Persigehl (29): Amy Conners
For Satara Strong-Allen (33): Daniel Gerdts
For Thomas Tier (36): John Marti

**PROCEEDINGS:**

The Court held a continued oral arguments hearing on Defendant Georgia Fort's Motions to Dismiss (Docs. 592, 593, 594); Defendant Shane Bollman's Motion to Dismiss (Doc. 706); Defendant Michael Beute's Motion to Dismiss (Doc. 721); Defendant Don Lemon's Motions to Dismiss (Docs. 609, 610, 611); Defendant Jerome Richardson's Motion to Dismiss (Doc. 650); Defendants' Joint Motion to Dismiss Count II as Beyond Congress's Power Under the Commerce Clause (Doc. 687); Defendant Jerome Richardson's Motions to Suppress (Docs. 647, 822); Defendant Don Lemon's Motion to Suppress (Doc. 554); and Defendant Jarmel Perry's Motion to Suppress (Doc. 678). The Court granted Mr. Lemon's oral motion to admit Defendant's Exhibits in support of his Motion to Suppress found at Doc. 959. The motions were moved and argued. The Court will issue a post-hearing briefing schedule after the close of the pretrial motion hearings and will issue a Report and Recommendation on the motions in due course after briefing is complete.

☐Order to be issued
☐No Order to be issued
☒ R&R to be issued by **TBD**
☐ No R&R to be issued
☐ Exhibits retained by the Court
☐ No exhibits retained by the Court

*LC1*
Judicial Law Clerk