**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America

Plaintiff,

v.

Nekima Levy Armstrong et al,

Defendants.

No. 26-cr-25 (LMP/DLM)

**ORDER**

On November 3, 5, 9, and 10, 2026, the Court held hearings on several of Defendants' outstanding pretrial motions. (Docs. 937, 949, 970.) At each hearing, the Court explained its intention to set a schedule for submission of the outstanding motions after soliciting the parties' input. Those hearings having been concluded, the Court now **DIRECTS** the parties to meet and confer regarding a schedule for submission of Defendants' pretrial motions, and provide a joint status update no later than November 25, 2026, with their proposal(s). To the extent parties cannot agree on aspects of the proposed schedule, they are directed to identify their areas of disagreement.

The joint status update should include, at the least, the following: (1) for those motions that included evidentiary components (i.e., live witness testimony), a proposed schedule for parties to obtain the hearing transcript, post-hearing submission deadlines for each Defendant, and government response deadline; (2) for those motions argued but for which there was not an evidentiary component, identify whether any party seeks to submit supplemental briefing, with a *short* statement of justification (no more than one page),

along with a proposed page limitation on such supplemental briefing; the parties shall also propose a schedule for Defendant and government supplemental briefing for such motions; (3) for those motions that remain pending but for which there was no argument or evidentiary hearing, identify whether any party seeks to submit supplemental briefing, with a *short* statement of justification (no more than one page), along with a proposed page limitation on such supplemental briefing; the parties shall also propose a schedule for Defendant and government supplemental briefing for such motions. Following receipt of the parties' November 25, 2026 submission, the Court will issue a scheduling order on outstanding pretrial motions.

For the absence of doubt, no pretrial motion shall be considered fully submitted and under advisement until, at the least, the Court's issuance of that subsequent scheduling order on outstanding pretrial motions. Additionally, due to the nature of the prosecution, the number of Defendants, the existence of novel questions of law, and the breadth of motion practice, this matter continues to be complex for purposes of the Speedy Trial Act. As such, time continues to be excluded from the Speedy Trial Act until, at the least, issuance of the Court's subsequent scheduling order on outstanding pretrial motions. *See* 18 U.S.C. § 3161(h)(1)(D), (H); *id.* § 3161(h)(7)(A), (B)(ii). The Court anticipates issuing such an order within one week of receipt of the parties' November 25, 2026 submission.

**SO ORDERED**.

DATED: November 12, 2026

*s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge