AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
V.
NEKIMA Valdez LEVY ARMSTRONG, et al.,

## JOINT EXHIBIT LIST

Case Number: 0:26CR25

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Douglas L. Micko | R. Keenan; N. Hedley; F. Abreu; K. McGee; L. Tucker; J. Arboleda; M. Uppal; K. Neff | Kushner; Brisbois DeVore; Cotter; Wolpert; Nestor; Mohrlant; Udoibok |
| Motion Hearings Dates<br>11/5/2026 & 11/10/2026 | COURT REPORTER<br>Leslie Ruiz | COURTROOM DEPUTY<br>Jolene Erickson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/5/2026 | X | X | Video of arrest and seizure of phones from Lee Tuggle and Ezra Blumenfeld – Witness: SA E. De Los Santos – Stipulated |
| 2 | K | 11/5/2026 | X | X | Arrest warrant for Charles Lee Swenson Doc. 379 – Stipulated |
| 3 | I | 11/5/2026 | X | X | Arrest warrant for Robyn Elise Swenson Doc. 386 – Stipulated |
| 4 | B | 11/5/2026 | X | X | Video of arrest of Charles Swenson – Witness: SA A. Walker |
| 5 | J | 11/5/2026 | X | X | Application and Affidavit for Search Warrant of Silver iPhone of Charles Swenson Doc. 726 - Stipulated |
| 6 | A | 11/5/2026 | X | X | Video of arrest of Robyn Swenson - Witness: SA R. Burke-Felix |
| 7 | | 11/5/2026 | X | X | Video of arrest of Monique Cullars-Doty - Stipulated |
| 8 | 2 | 11/5/2026 | X | X | Video of arrest of Catie Michaelson - Witness: SA M. Gadsden |
| 9 | 3 | 11/5/2026 | X | X | Video of Arrest and seizure of Eric Michaelson and his phone incident to arrest – Stipulated |
| 10 | | 11/5/2026 | X | X | Video of Arrest of Aziza Aboud and seizure of cell phone from her car - Stipulated |
| 11 | | 11/5/2026 | X | X | Video of Arrest of Aziza Aboud – Stipulated |
| 12 | | 11/5/2026 | X | X | Aziza Aboud - BWC Stipulation |
| 13 | | | | | Aziza Aboud - Search warrant and application 26mj280 - blue Apple iPhone |
| 14 | | 11/5/2026 | X | X | Aziza Aboud - Stipulated List of SW applications |
| 15 | | | | | Aziza Aboud - Email correspondence of the court |
| 16 | | | | | Aziza Aboud - PACER report of bench warrants issued 2/26/26 |
| 17 | | 11/10/2026 | X | X | Video of Arrest of Nekima Levy Armstrong _1-22-26 – Witness: SA Z. Kliniske; SA M. Lelecas; SAC C. Engle |
| 18 | | 11/10/2026 | X | X | Arrest video of Chauntyll Allen / SA Michael Lelecas - Witness: SA Z. Kliniske; SA M. Lelecas; SAC C. Engle |
| 19 | C | 11/5/2026 | | X | Video of arrest of Charles/Robyn Swenson – Witness: SA S. Roberts. Stipulated |

| | | | | | |
|---|---|---|---|---|---|
| 20 | D | 11/5/2026 | | X | Video of arrest of Charles/Robyn Swenson – Witness: SA E. Velazquez. Stipulated |
| 21 | E | 11/5/2026 | | X | Video of arrest of Charles/Robyn Swenson – Witness: SA S. Roberts. 2. Stipulated |
| 22 | F | 11/5/2026 | | X | Video of arrest of Charles/Robyn Swenson – Witness: SA S. Roberts. 3. Stipulated |
| 23 | H | 11/5/2026 | | X | Application and Affidavit for Search Warrant of Black iPhone described in Attachment A of Robyn Swenson Doc. 744-1. Stipulated |
| 24 | G | 11/5/2026 | | X | 251_Swenson_NLHE1300 (Surveilling House-Short). Stipulated |
| 25 | | 11/5/2026 | | X | HSI ROI: Execution of Arrest Warrant for Swensons. Stipulated on 11/13/2026. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.